348-07/GMV
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff Mascot Navigation Corp.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Gina M. Venezia (GV 1551)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MASCOT NAVIGATION CORP.,

        Plaintiff

- against -

JADE GLOBAL TRADING CORP. a/k/a
JADE GLOBAL TRADING, INC.,

        Defendant

07 cv 7105 (SAS)

**RULE 41(A)(1) NOTICE OF
VOLUNTARY DISMISSAL
<u>WITHOUT PREJUDICE</u>**

        Pursuant to Rule 41(a)(1), Plaintiff Mascot Navigation Corp., hereby dismisses the above action without prejudice and represents that the defendant has not filed an answer or motion for summary judgment. The order of attachment issued in this case shall be withdrawn and any funds attached pursuant to that order released.

Dated: New York, New York
       June 26, 2008

_____
Gina M. Venezia (GV 1551)
FREEHILL HOGAN & MAHAR, LLP
80 Pine Street
New York, NY 10005
(212) 425-1900
Attorneys for Plaintiff

NYDOCS1/307497.1